**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

RANDY SANCHEZ, on behalf of himself
and all others similarly situated,

Plaintiffs,

-against-

B3 STUDIOS, LLC

Defendant.
----------------------------------------------------------x

Case No.       1:22-cv-07757-HG

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ

("Plaintiff") and B3 STUDIOS, LLC ("Defendant"), by and through their undersigned counsel,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and

hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____April 24_____, 2023

The Law Office of Noor A. Saab, Esq.

By: _____
     Noor A. Saab Esq.
     *Attorney for Plaintiff*
     380 North Broadway, Ste 300
     Jericho, New York 11753
     Tel: 718-740-5060
     Email: noorasaablaw@gmail.com

Dentons US LLP

By: _____
     Rebecca A. Stark, Esq.
     *Attorney for the Defendant*
     1221 Avenue of the Americas
     New York, New York 10020
     Tel: 212-398-7614
     Email: Rebecca.stark@dentons.com

SO ORDERED:

Dated: _____, 2023

_____
United States District Judge

1